AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michelle Alexandra Estey<br><br>_Defendant_ | ) Case: 1:22-mj-207<br>) Assigned To: Magistrate Judge G. Michael Harvey<br>) Assign. Date: 9/16/2022<br>) Description: Complaint with Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Michelle Alexandra Estey                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:    09/16/2022                                _G. Michael Harvey_
                                                                          Digitally signed by G. Michael Harvey
                                                                          Date: 2022.09.16 11:39:37 -04'00'
                                                                          _Issuing officer's signature_

City and state:    Washington, D.C.                HONORABLE JUDGE G. MICHAEL HARVEY
                                                                          _Printed name and title_

---

**Return**

This warrant was received on _(date)_ 9/16/22 , and the person was arrested on _(date)_ 9/23/22
at _(city and state)_ ORANGE, CA .

Date: 9/23/22                                      _B. Ballantyne_
                                                                          _Arresting officer's signature_

                                                                          SPECIAL AGENT BRADEN BALLANTYNE
                                                                          _Printed name and title_